This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39424**

**CASEY CHAPMAN,**

Plaintiff-Appellant,

v.

**WW HEALTHCARE, LLC**
**d/b/a PRINCETON PLACE,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

TMP Legal, LLC
Timothy M. Padilla
Albuquerque, NM

for Appellant

Sheston Law Group, PLLC
Paul J. Sheston
Scottsdale, AZ

for Appellee

### MEMORANDUM OPINION

**ATTREP, Judge.**

**{1}** Plaintiff appeals a summary judgment holding his claims in this suit barred by the applicable statute of limitations. This Court's notice of proposed summary disposition proposed to affirm the judgment of the district court. [CN 9] Defendant has filed a memorandum in support of that proposed summary disposition. Plaintiff, however, has not filed a memorandum opposing summary affirmance, and the time for doing so has expired. We, therefore, affirm the judgment entered below

**{2}** IT IS SO ORDERED.

JENNIFER L. ATTREP, Judge

WE CONCUR:

KRISTINA BOGARDUS, Judge

MEGAN P. DUFFY, Judge